IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO

                           JUDGE PHILIP A. BRIMMER

                              COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 15, 2010 |
| Court Reporter: Janet Coppock | Time: 34 minutes |
| Probation Officer: Grant Hanson | Interpreter: Marcella Salazar |

**CASE NO. 10-CR-00233-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Wyatt Angelo |
| Plaintiff, | |
| vs. | |
| **EDWIN AARON GUTIERREZ-LEDEZMA,** | Matthew Golla |
| Defendant. | |

                                  SENTENCING

**11:05 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Record should reflect that the Court has received and read the letter submitted by defendant's sister, dated October 5, 2010.

Argument by Mr. Golla in support of Defendant's Motion for Non-Guideline Sentence (*Statutory Sentence)* (Doc #19), filed 9/30/10 and comments addressing sentencing.

Argument by Mr. Angelo and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (*Statutory Sentence)* (Doc #19), filed 9/30/10, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **July 7, 2010** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **46** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

  (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

  () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

  (**X**) If the defendant is not deported, the defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

  (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

  (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

  (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility (Doc #22), filed 10/13/10, is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
10-CR-00233-PAB
October 15, 2010

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:39 a.m. COURT IN RECESS**

**Total in court time: 34 minutes**

**Hearing concluded**